UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARLON SHELMON,

Plaintiff,

v.

C. YASIN, et al.,

Defendants.

Case No. 26-cv-08812-SVK

**ORDER REFERRING CASE FOR DETERMINATION OF RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby referred to the Honorable Noel Wise for consideration of whether the case is related to *Robinson v Wiley*, Case No. C 26-cv-3644-NW.

**SO ORDERED.**

Dated: October 26, 2026

SUSAN VAN KEULEN
United States Magistrate Judge